UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

JOSE JIMENEZ SANTIAGO

XXX-XX-2497

DEBTOR (S)

CASE NO. 18-02240-BKT

CHAPTER 13

TRUSTEE'S MOTION FOR ORDER REGARDING DISBURSEMENTS
TO CLAIM NO.01-1

TO THE HONORABLE COURT:

NOW COMES José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

1. A repayment plan in this case was confirmed and according to its terms, 11 U.S.C. 1326 and Rule 3021 of the Federal Rules of Bankruptcy Procedure, the Trustee made disbursements to CREDITOR's BANCO POPULAR DE PR(RELIABLE FINANCIAL) related proof of claim No. 01-1.

2. Said creditor has returned trustee's disbursements which as of this date total $24.66, and it is possible that other disbursements previously made to this creditor will be also returned.

3. Said creditor has informed that the reason for the retuned is that the debt related to above referred claim has been cancelled, not withstanding that the amount paid by the Trustee, pursuant to the plan, is less than what was claimed. Furthermore, the creditor has requested that no further distribution be made by the Trustee, under the plan terms, to claim No.01-1 (Attached see letter by Creditor, included as **Exhibit 1.**)

WHEREFORE for the reasons described above, the Trustee request from this

Honorable Court that this motion be granted authorizing the Trustee to:

(1.) Stop any further disbursement under the terms of the confirmed plan to BANCO POPULAR DE PR(RELIABLE FINANCIAL) proof of claim No. 01-1.

(2.) Distribute disbursements returned by BANCO POPULAR DE PR(RELIABLE FINANCIAL) to other allowed creditors according to the plan terms.

**LBR 9013-1 NOTICE:** Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee herewith certifies that a copy of this motion has been served on the same date it is filed to: the DEBTOR(s) by first class mail to the address of record and to her/his/their attorney MIRIAM LOZADA RAMIREZ ESQ* and BANCO POPULAR DE PR(RELIABLE FINANCIAL) by first class mail, if not a ECFS register user, to their respective address of record.

In San Juan, Puerto Rico on Tuesday, March 10, 2020.

/s/ Jose R. Carrion

JOSE R. CARRION
CHAPTER 13 TRUSTEE
PO Box 9023884
San Juan, PR 00902-3884
Tel (787)977-3535  FAX (787)977-3550

ESP

 **BANCO POPULAR.**

PO Box 362708
San Juan, Puerto Rico C0936-2706
Teléfonos (787) 765-9800, 787-751-9800

17 de enero de 2020

**JOSE RAMON CARRION MORALES**
JOSE R CARRIION CHAPTER 13 TRUS
PO BOX 9023884
SAN JUAN, PR 00902-3884

Saludos:

Estimado Sr. Carrión adjunto estará recibiendo varios cheques pertenecientes a varias quiebras. ...s ... le $... y ... ...  pertenecen a la quiebra ... El cheque #90934 de 24.66 pertenece a la quiebra 18-02240. Ambas reclamaciones están Saldas.

**Sergio Olivieri Arroyo**
BANCO POPULAR
Paralegal Assistant
Bankruptcy Office
T.787-6256645, 43-6645
sergio.olivieriarroyo@popular.com